### HAL GREEN *v.* MOSE BOON.

AFFIDAVIT FOR APPEAL. *Failure to date and sign. Amendment.*

A justice of the peace, who has neglected to date and sign an affidavit for an appeal, should be permitted to affix the date and signature in the Circuit Court on motion to dismiss.

ERROR to the Circuit Court of Chickasaw County.

Hon. J. A. GREEN, Judge.

Pending the motion, which the Circuit Court sustained, to dismiss the appeal of the plaintiff in error, he offered to introduce the magistrate to amend the affidavit for appeal, in accordance with the facts, by affixing the date and his signature.

*A. Y. Harper*, for the plaintiff in error.

The officer's negligence should not affect the rights of a person who did not contribute thereto, but did all in his power to perfect the appeal.

*Lacey & Baskin*, for the defendant in error.

The absence of the magistrate's signature and the date renders the affidavit void, and incapable of amendment. Acts 1876, p. 114, § 13; Code 1871, §§ 1332, 1333; *Saunders* v. *Erwin*, 2 How. 732; *Redus* v. *Wofford*, 4 S. & M. 579; *Brooks* v. *Snead*, 50 Miss. 416.

CAMPBELL, J., delivered the opinion of the court.

The Circuit Court should have permitted the amendment of the affidavit for the appeal, and, for refusing it, the judgment is                                        *Reversed and cause remanded.*